UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR M. FERARU d/b/a LAW OFFICE OF VICTOR M. FERARU,

                Plaintiff,

-against-

CITIBANK, N.A.,

                Defendant.

24-CV-04542 (MMG)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2024

MARGARET M. GARNETT, United States District Judge:

     Plaintiff initiated the above-captioned action on June 13, 2024. After multiple filing errors (*see* Dkt. Nos. 1, 4, 5) Plaintiff properly filed the complaint on June 14, 2024. *See* Dkt. No. 6. On June 13, 2024, Plaintiff improperly filed a Request for Issuance of a Summons as to Defendant Citibank, N.A. Dkt. No. 2. Unlike the filing of the complaint, Plaintiff did not correct the improperly filed Request for Issuance of a Summons. Therefore, no summons has been issued in this matter, despite the passage of over two months since its filing.

     It is hereby ORDERED that the Initial Pretrial Conference scheduled for August 27, 2024 is ADJOURNED *sine die*. Plaintiff is directed to properly request issuance of a summons by **September 23, 2024**. Once a summons has been properly requested and issued, Plaintiff must serve Defendant Citibank, N.A. and file proof of such service on the docket **within three business days of service**. In the event a summons has not been requested and issued by **September 23, 2024**, this case will be dismissed for failure to prosecute without further notice to any party.

Dated: August 23, 2024
       New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge